# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 24-38 |
| | : | |
| **ANDRE WILLIAMS** | : | |
| | : | |

## ORDER

**AND NOW**, this **23rd** day of **October 2024**, upon consideration of Defendant Andre Williams's Motion to Suppress (ECF No. 26) and the Government's Response in Opposition (ECF No. 34), and following an in-person hearing on the Motion to Suppress held on October 10, 2024 (see ECF No. 49), it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum, Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**